IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| ACH, LLC, individually and derivatively on behalf of PEACHTREE COLUMBUS INVESTORS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>PEACHTREE COLUMBUS III, LLC, MHG, LP, COLUMBUS LAND DEVELOPMENT, LLC and JATIN DESAI,<br><br>    Defendants. | Civil Action No:<br>1:13-CV-00228-GHD |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed without prejudice against the Defendants Peachtree Columbus III, LLC, MHG, LP, Columbus Land Development, LLC and Jatin Desai (collectively, the "Defendants") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties also hereby agree that Defendants reserve the right to seek attorney's fees and litigation costs.

    /s/ Bert M. Guy
    Bert M. Guy (MSB # 8464)
    Counsel for Plaintiff
    Campbell, Guin, Williams, Guy & Gidiere, LLC
    2711 University Boulevard
    Tuscaloosa, AL 35401
    (205)-633-0200
    Bert.guy@campbellguin.com

/s/ J. Gordon Flowers
J. Gordon Flowers (MSB # 5378)
Counsel for Defendants
Brunini Grantham Grower & Hewes, PLLC
P.O. Box 7520
Columbus, MS
(662)-240-9744
gflowers@brunini.com

## CERTIFICATE OF SERVICE

The undersigned certifies that he has this day served, through the Court's ECF filing system, a copy of the foregoing to all counsel of record.

Dated: October 17th, 2014

/s/ Bert M. Guy
Bert M. Guy