# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| ACH, LLC, individually and derivatively on behalf of PEACHTREE COLUMBUS INVESTORS, LLC, | ) ) ) )  |
| Plaintiff, | ) CIVIL ACTION FILE NO. ) 1:13CV228-GHD-DAS ) |
| v. | ) ) |
| PEACHTREE COLUMBUS III, LLC, MHG, LP, COLUMBUS LAND DEVELOPMENT, LLC, and JATIN DESAI, | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff and Defendants hereby dismiss this action with prejudice, with each party bearing their own costs.

/s/ J. Gordon Flowers
J. Gordon Flowers, MSB # 5378
Scott F. Singley, MSB # 100134
P.O. Box 7520
Columbus, Mississippi
662-240-9744
gflowers@brunini.com
*Attorneys for Defendants*


/s/ Jay F. Guin
Jay F. Guin
2711 University Boulevard
Tuscaloosa, Alabama 35401
Tel: (205) 633-0205
Fax: (205) 633-0305
*Attorneys for Plaintiff*

9146253 v1

{C0134476 }